UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV20-04858 JAK (ASx) | Date | January 11, 2021 |
|---|---|---|---|
| Title | ALO, LLC v. Tonic Active, Inc. et al | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE NOTICE OF SETTLEMENT (DKT. 21); AND TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On September 14, 2020, Plaintiff filed a Notice of Settlement (the "Notice" (Dkt. 21)), which stated that the parties "will endeavor to finalize [a formal settlement agreement (the 'Agreement')] and dismiss [Defendant Evolve Fit Wear, LLC ('Evolve')] from this action as soon as practicable and respectfully request that the parties are given 30 days to finalize the Agreement." No notice of dismissal has been filed. On or before January 22, 2021, Plaintiff and Evolve shall file a joint report stating their collective and/or respective position(s) on the status of settlement. If Plaintiff files a Notice of Dismissal as to Evolve before January 22, 2021, no joint report will be necessary.

With respect to Tonic Active, Inc. ("Tonic"), which is also a defendant, neither a proof of service nor any response to the Complaint has been filed, notwithstanding that this action was filed on June 1, 2020. Dkt. 1. Unless good cause is shown in response to this Order, pursuant to Fed. R. Civ. P. 4(m), this action shall be dismissed without prejudice as to Tonic. Rule 4(m) provides for such a dismissal if the summons and complaint have not been served within 90 days after the complaint was filed. If Plaintiff seeks to show good cause, it shall do so through a filing made on or before January 22, 2021.

**IT IS SO ORDERED.**

: 

Initials of Preparer   TJ