UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALO, LLC,<br>a California limited liability company,<br><br>         Plaintiff<br><br>    vs.<br><br>TONIC ACTIVE INC., a Canadian corporation; EVOLVE FIT WEAR, LLC, an Oregon limited liability company; and Does 1-10, inclusive,<br><br>         Defendants. | No. 2:20-cv-04858 JAK-(ASx)<br><br>**STIPULATED ORDER AND CONSENT JUDGMENT** |

It has been represented to the Court that Plaintiff ALO, LLC ("Plaintiff") and Defendant Evolve Fit Wear, LLC ("Defendant") have agreed to a compromise and settlement of this action and all claims, defenses, and counterclaims, including all claims that were brought in this action.

WHEREFORE, with the consent of the parties, through their undersigned attorneys, it is hereby, ORDERED, ADJUDGED AND DECREED that:

1. The Court has and shall continue to retain jurisdiction over the parties and subject matter of this action.

2. The parties have entered into a written Confidential Settlement Agreement, effective November 10, 2020 (the "Settlement Agreement"), that sets forth the rights and obligations of Plaintiff and Defendant, and the parties expressly agree that this Court will retain ancillary jurisdiction over this matter in law and equity for purposes of enforcing and/or ajudicating any violation of the parties' Settlement Agreement. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 381-82 (1994). Any such matters shall be raised by noticed motion.

3. Defendant agrees to refrain from designing, manufacturing, having made, importing, marketing, advertising, offering for sale, selling, or distributing Celestina leggings within the United States, as defined in the Settlement Agreement or assisting any third party in engaging in such activities within the United States.

4. Subject to the terms of the Settlement Agreement, Plaintiff's Complaint against Evolve Fit Wear, LLC is dismissed with prejudice.

5. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: January 20, 2021

John A. Kronstadt
United States District Judge